UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-2388

THOMAS LEE TAYLOR, SR.; MURRAY IVAN RESNICK,

Petitioners,

versus

O&M DREDGING CORPORATION; THE CONTINENTAL IN-
SURANCE COMPANY; DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS, UNITED STATES DEPART-
MENT OF LABOR,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(94-534)

Submitted: August 4, 1998          Decided: October 5, 1998

Before WIDENER, MURNAGHAN, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Murray Ivan Resnick, RESNICK & ABRAHAM, Baltimore, Maryland, for
Petitioners. P. Scott Hedrick, HEDRICK & BLACKWELL, Wilmington,
North Carolina, for Respondents.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas L. Taylor and his attorney, Murray I. Resnick, petition for review of the Benefits Review Board's (Board) affirmance of the District Director's award of attorney's fees. We have reviewed the record and the District Director's decision and find no reversible error. Accordingly, we affirm on the reasoning of the District Director. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2